# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LAKISHA MILLS**                                                                                          **PLAINTIFF**

**v.**                                              **2:08CV00018-WRW**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                       **DEFENDANT**

## ORDER

Pending are Defendant's Motion to Compel (Doc. No. 13) and Plaintiff's counsel's Motion to Withdraw (Doc. No. 16). For good cause shown, both motions are GRANTED. Accordingly, Mr. J. Matthew Coe and Mr. Joe Rogers are directed to forward, by certified mail, a copy of this Order and the discovery requests contained in Defendant's Motion to Compel. If Plaintiff does not provide these discovery requests to Defendant by Monday, December 29, 2008, then Plaintiff's case will be dismissed.

IT IS SO ORDERED this 12th day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE