IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LAKISHA MILLS**                                                                                      **PLAINTIFF**

**v.**                                               **2:08-CV-00018-WRW**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                                **DEFENDANT**

### ORDER

Pending is Defendant's Motion to Dismiss for Failure to Comply with Court Order to Respond to Defendant's First Set of Interrogatories (Doc. No. 21). Plaintiff has not responded and the time for doing so has passed.[1]

Defendant's First Set of Interrogatories and Requests for Production were served upon Plaintiff on May 6, 2008.[2] Upon receiving no response, Defendant filed a Motion to Compel Plaintiff's responses on November 11, 2008,[3] which was granted on December 12, 2008.[4] The Order granting Defendant's motion directed Plaintiff to serve full and complete interrogatory responses to Defendant's counsel on or before December 29, 2008, or the case would be dismissed.[5] To date, no discovery responses or any other communication has been provided by Plaintiff to Defendant. Accordingly, this case is DISMISSED for failure to comply with this Court's Order of December 12, 2008.

IT IS SO ORDERED this 21st day of January, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's response was due by 5:00 p.m. on Tuesday, January 20, 2009.

[2] *See* Doc. No. 13.

[3] *Id.*

[4] Doc. No. 20.

[5] *Id.*